**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OCT 13 2026
FILED

| | | |
|---|---|---|
| RONDA A. CALVIN, | * | |
| Plaintiff, | * | |
| v. | * | CV 126-078 |
| HHC AUGUSTA, INC. d/b/a Lighthouse Care Center of Augusta, and CSC OF STEPHENS COUNTY, INC., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff Ronda Calvin's Rule 26(f) Report. (Doc. 18.) Based on the assertions contained within Defendant HHC Augusta, Inc. d/b/a Lighthouse Care Center of Augusta's ("Lighthouse") previously filed portion of the 26(f) Report (doc. 14), Defendant Lighthouse's Motion to Compel Arbitration and Stay Action (doc. 9), and Plaintiff's response to that Motion (doc. 11), the Court already determined that the case should be stayed pending a ruling on Defendant's motion (doc. 15).

Nothing in Plaintiff's 26(f) Report compels, or even suggests, an alternative ruling. Accordingly, this case remains

**STAYED**, and the Court **DIRECTS** the **CLERK** to terminate the motion associated with Plaintiff's Rule 26(f) Report. (Doc. 18.)

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA